# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Nicolet Arcieri, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Shadow Management Company, Inc., d/b/a )<br>Platinum Plus (Columbia); Splash, Inc., d/b/a )<br>Platinum Plus (Columbia); Elephant, Inc., )<br>d/b/a Platinum Plus (Greenville); KWE )<br>Group, LLC; and Gregory Kenwood Gaines, )<br>a/k/a Ken Woods, )<br>)<br>    Defendants. ) | Civil Action No. 3:14-cv-03029-JFA |

## RULE 502(d) ORDER

Whereas, the parties to this action ("parties"), have stipulated the following protective order pursuant to Federal Rule of Evidence 502(d):

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

November 4, 2014                                Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge