# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Nicolet Arcieri, | ) Civil Action No. 3:14-cv-03029-JFA |
| | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) |
| Shadow Management Company, Inc., d/b/a Platinum Plus (Columbia); Splash, Inc., d/b/a Platinum Plus (Columbia); Elephant, Inc., d/b/a Platinum Plus (Greenville); KWE Group, LLC; and Gregory Kenwood Gaines, a/k/a Ken Woods, | ) |
| Defendants. | ) |

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice made by and between Plaintiff Nicolet Arcieri ("Plaintiff") and Defendants Shadow Management Company, Inc., d/b/a Platinum Plus (Columbia); Splash, Inc., d/b/a Platinum Plus (Columbia); Elephant, Inc., d/b/a Platinum Plus (Greenville); KWE Group, LLC; and Gregory Kenwood Gaines, a/k/a Ken Woods, ("Defendants") (collectively referred to herein as "Parties"). The settlement is presented to the Court for approval because Plaintiff asserted claims under the Fair Labor Standards Act. The Court has reviewed the filed copy of the FLSA Settlement Agreement and Release of Claims, attached hereto as Exhibit A. Having fully considered the Motion, the Settlement Agreement, and the record in this case, the Court finds that the Motion is meritorious and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is hereby **GRANTED**. The Court hereby **APPROVES** the settlement reached by the Parties in this matter. **IT IS FURTHER ORDERED**, **ADJUDGED** and

**DECREED**, that Plaintiff's claims in the above-captioned case against Defendants be dismissed with prejudice to the refiling of same.

**IT IS SO ORDERED**.

July 13, 2015                                        Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge